SCWC-11-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

RAMON MARIANO GONZALEZ, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000714; CR. NO. 09-1-308K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Ramon Mariano Gonzalez's application for writ of certiorari filed on May 31, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 15, 2016.

Peter Van Name Esser          /s/ Mark E. Recktenwald
and Robert D.S. Kim
for petitioner                /s/ Paula A. Nakayama

Dale Yamada Ross              /s/ Sabrina S. McKenna
and Linda L. Walton
for respondent               /s/ Richard W. Pollack

                             /s/ Michael D. Wilson